# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GHASSAN ZABEN

NO.   2021 CW 0810

VERSUS

MOHAMMAD M. FAROOQI AND
TALAT FAROOQI

**AUGUST 16, 2021**

---

In Re:   Muhammad M. Farooqi, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 702394.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's motion advising this matter has been resolved and requesting that this writ application be dismissed.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT